**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>PETER DADDOSIO,<br><br>        Debtor.<br><hr>STRATEGIC FUNDING SOURCE, INC.,<br><br>        Plaintiff.<br><br>v.<br><br>PETER DADDOSIO,<br><br>        Defendant. | Chapter 7<br>Bankruptcy No. 20-16830<br>Honorable Judge Jack B. Schmetterer<br><br>Adversary No. 20-00418 |

**ORDER ON COMPLAINT [DKT. NO. 1]**

THIS MATTER COMING ON TO BE HEARD upon the Court's status hearing held January 26, 2021 at 10:00 a.m., IT IS HEREBY ORDERED THAT:

1. Defendant is to file Answer on or before Friday, January 29, 2021.

2. Status is set for February 16, 2021 at 10:30 a.m. This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-877-336-1839; Access Code: 3900709.

ENTER:

_/s/ Jack B. Schmetterer_ MLW
Jack B. Schmetterer
United States Bankruptcy Judge

DATED: January 26, 2021