## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> PETER DADDOSIO, <br><br> Debtor. | |
| STRATEGIC FUNDING SOURCE, INC., <br><br> Plaintiff. <br><br> v. <br><br> PETER DADDOSIO, <br><br> Defendant. | Chapter 7 <br> Bankruptcy No. 20-16830 <br> Honorable Judge Jack B. Schmetterer <br><br> Adversary No. 20-00418 |

## ORDER ON COMPLAINT [DKT. NO. 1]

This matter came before the court for a status hearing on the adversary proceeding, with counsel for the plaintiff and counsel for the defendant present.

For the reasons stated on the record, discovery will be stayed while the parties are discussing settlement. The status hearing is continued to June 22, 2021, at 10:30AM on Zoom for Government for an update on those negotiations.

ENTER:

*LaShonda A. Hunt*
LaShonda A. Hunt
United States Bankruptcy Judge

DATED: May 18, 2021