# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| PETER DADDOSIO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | Case No. 20-16830 |
| | ) | |
| STRATEGIC FUNDING SOURCE, INC., | ) | |
| | ) | Honorable Judge Donald R. Cassling |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Case No. 20-A-00418 |
| | ) | |
| PETER DADDOSIO, | ) | |
| | ) | |
| Defendant. | ) | |

## Notice of Filing

To the following entities that have been notified of this Notice via CM/ECF:

Peter Nabhani, counsel for Defendant Peter Daddosio;  pcnabhani@gmail.com

**PLEASE TAKE NOTICE** of the filing of the Final Pretrial Statement, Docket #50.

## Certificate of Service

I, Susan Valentine, certify that I served a copy of this Notice upon the entities listed above via CM/ECF on January 13, 2023.

                                                      Respectfully submitted,

                                                      /s/  Susan  Valentine
                                                      Susan Valentine
                                                      Attorney for Strategic Funding Source, Inc.

Susan Valentine (IL ARDC No. 6196269)
Lydia A. Bueschel (IL ARDC No. 6274638)
Valentine Austriaco & Bueschel, P.C
105 W. Adams Street 35th Floor
Chicago, IL 60603
312-288-8285 (t)
312-638-8137 (f)
svalentine@vablawfirm.com
lbueschel@valawfirm.com